IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                             CASE NO: 1:11-CR-10036-001

TIMOTHY TUBBS                                                                          DEFENDANT

## ORDER

    Before the Court is a Motion to Dismiss filed by the United States of America. (ECF No. 20). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on August 10, 2011, in this matter. Upon consideration of the same, the Court is of the opinion that same Motion should be granted. Therefore, the Indictment filed in this matter is **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED, this 5th day of June, 2012.

    /s/ Susan O. Hickey
    Hon. Susan O. Hickey
    United States District Judge